THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 James Saxon, Appellant.
 
 
 

Appeal From Barnwell County
Doyet A. Early, III, Circuit Court Judge

Unpublished Opinion No. 2007-UP-170
Submitted April 2, 2007  Filed April 13, 2007

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, for Appellant.  
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  James Saxon appeals his guilty plea to intent to distribute crack cocaine.  Counsel for Saxon attached to the final brief a petition to be relieved as counsel.  Saxon did not file a separate pro se response.
After a review of the record as required by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues that are arguable on their merits.  Accordingly, we dismiss Saxons appeal and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY, and STILWELL, JJ., concur. 

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.